■ THE PEOPLE OF THE STATE OF NEW YORK by ROBERT ABRAMS, as Attorney-General, Respondent, v HELENA VIP PERSONAL INTRODUCTIONS SERVICES OF NEW YORK, INC., et al., Appellants. [608 NYS2d 58] —Order and judgment (one paper), Supreme Court, New York County (Elliott Wilk, J.), entered July 8, 1992, which, *inter alia,* permanently enjoined respondents from the social referral business within the State of New York and directed respondents to refund charges in excess of $250 to consumers, and order, same court and Justice, entered May 11, 1993, which, *inter alia,* directed entry of a judgment against respondents in the amount of $3,489,144.01 and denied respondents' cross motion to renew, unanimously affirmed, without costs.

The conclusory, self-serving explanations offered by respondent Amram failed to rebut the affidavits submitted on behalf of the 49 complainants demonstrating a repeated pattern of misrepresentation in violation of Executive Law § 63 (12), and the use of the two corporate entities to extract fees in excess of the statutory maximum set out in General Business Law

§ 394-c *(see, State of New York v Princess Prestige Co.,* 42 NY2d 104, 107; *see also,* CPLR 409 [b]; *Matter of State of New York v Daro Chartours,* 72 AD2d 872).

With regard to respondents' motion to renew, the additional "facts" consisted primarily of the arguments made by respondents' corporate counsel in response to the Attorney-General's investigation, and the motion was properly denied. Concur— Murphy, P. J., Carro, Ellerin and Kupferman, JJ.